IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. _____

MAMMA MIA'S TRATTORIA, INC., )
a Florida corporation, )
)
    Plaintiff, )
)
v. )
)
THE ORIGINAL BROOKLYN )
WATER BAGEL CO., INC., )
a Florida corporation, )
)
    Defendant. )
_____)

## COMPLAINT FOR FALSE PATENT MARKING AND DECLARATORY JUDGMENT

Plaintiff, MAMMA MIA'S TRATTORIA, INC., a Florida corporation (hereinafter "Mamma Mia's" or "Plaintiff"), files its Complaint against Defendant, THE ORIGINAL BROOKLYN WATER BAGEL CO., INC., a Florida corporation (hereinafter "OBWB" or "Defendant"), and alleges as follows:

1.    This is an action for false patent marking under Title 35, Section 292, of the United States Code, and for a declaratory judgment pursuant to Title 28, Sections 2201, *et seq.* of the United States Code, the Declaratory Judgment Act, for which this court has original subject matter jurisdiction.

2.    OBWB has violated 35 U.S.C. §292(a), by using the word "patent" in advertising for over a year in connection with the sale of unpatented articles, as well as other words in advertisements imparting that OBWB had and owned a "14 step patented process" to replicate at any location in the world Brooklyn, New York water and that it had "patented water" and other "patented technology", for the purpose of deceiving the public and to deter competition.

3.    Mamma Mia's seeks an award of monetary damages against OBWB, one half of which shall be paid to the United States pursuant to 35 U.S.C. §292(b). In addition, Mamma

1

Mia's seeks a declaratory judgment that OBWB has no patents, rights to patents, or any claim of exclusivity to its water treatment process.

## THE PARTIES

4.     MAMMA MIA'S TRATTORIA, INC. is a corporation organized and existing under the laws of the State of Florida, with its principal place of business located in Lake Worth, Florida.

5.     THE ORIGINAL BROOKLYN WATER BAGEL CO., INC. is a corporation organized and existing under the laws of the State of Florida, with its principal place of business located in Delray Beach, Florida.

## JURISDICTION AND VENUE

6.     This Court has jurisdiction over this action under 28 U.S.C. §§1331 and 1338(a).

7.     Venue is proper in this district under 28 U.S.C. §1391(b), which provides that a defendant may be sued where it resides or where the events giving rise to the claim arose. OBWB resides in this judicial district and offers its products for sale in this district, and said products are in fact sold in this district.

8.     Mamma Mia's brings this action under 35 U.S.C. §292(b), which provides that any person may sue for civil monetary penalties for false patent marking, as well as under the federal Declaratory Judgment Act.

## GENERAL ALLEGATIONS

9.     OBWB owns and operates a bagel restaurant operating in Delray Beach, Florida. OBWB falsely claims that it makes and sells bagels and other products, including bottled water, which are unique because they derive from a "14 step patented process" that replicates Brooklyn, New York water, creating a bagel and water for other products identical to those made and sold in Brooklyn, New York.

10.     For example, the following representations are made on the internet in interstate

commerce:

    (a)    on OBWB's web site at <u>brooklynwaterbagels.com</u>:



    (b)    on YouTube at <u>http://www.youtube.com/watch?v=QhKlJOnX5pE</u>, wherein the CEO of OBWB, a sophisticated and experienced businessman, states, "We even bottle our own patented water";

    (c)    on markings on a sign on its water treatment apparatus on public display in its restaurant: "Patented 14 Stage Water Treatment System" and also advertised on the internet (see 10(a));

3

(d) on Twitter at http://twitter.com/Brooklyn Bagel--"We produce fresh bagels made with replicated Brooklyn water from patented technology".

Furthermore, OBWB falsely advertises on its menus distributed to induce food and beverage purchases that its hot and cold beverages are created with a 14-stage patented water treatment process, as follows:



11. OBWB's marketing claims that "it's all about the water" and "the healthy taste of New York in a bottle" derive from its false claims of owning "patented water treatment technology" or "patented water treatment process" and that it sells "patented water" (the "false

4

claims"). These false claims are integral to the consumer marketing campaign of OBWB, its ability to claim it sells superior "Brooklyn bagels" and other food products to the consuming public, its sale of bottled water, raising capital from investors, and its plan to sell franchises nationwide

12. Furthermore, the false claims are being used to support and give credence to OBWB's claim of exclusivity to water treatment processes that seek to emulate the characteristics of New York water for use in a variety of food products. OBWB intentionally ties its sale of bagels and other food products to its false claims regarding its ownership of patents that claim a "patented water treatment process" or "patented water".

13. Although the patented technology claims may be designed primarily as marketing gimmicks, they nonetheless are literally false because OBWB neither owns nor holds any patents whatsoever as recognized by the official records of the United States Patent and Trademark Office ("USPTO").

14. OBWB has falsely used the word "patent" and other words of similar import in connection with its sales in interstate commerce of hundreds of thousands of articles and products, including bagels, other baked or cooked food goods, beverages, and self-bottled water, all of which are marketed and advertised with false words imparting that OBWB has patented processes or technology for the purpose of deceiving the public in thousands upon thousands of advertising media, including newspaper advertisements, magazine advertisements, promotions in television and radio media, Facebook, MySpace, Twitter, OBWB's web site, as well as other locations throughout the internet.

15. Upon information and belief, the so-called "14 step patented process" widely touted and advertised by OBWB is based on OBWB's false claim that it has "the exclusive rights

5

in perpetuity" to use certain alleged patents of Aquathin Corp., a Pompano Beach, Florida manufacturer of water purification systems ("Aquathin"). Prior to the filing of this litigation, after demand was made for identification of the patents that OBWB claims support its advertising claims, OBWB informed Plaintiff that its claims to a patented technology and patented water were based exclusively on its claimed rights from Aquathin pursuant to four expired patents, one impertinent utility patent and two impertinent design patents, as follows:

| Patent No. | Type | Substance of Claims | Expired |
|---|---|---|---|
| 4,759,844 | Utility | Miniature portable water purification system | YES-2008 |
| 4,856,559 | Utility | Faucet providing and utilizing air gap | YES-2009 |
| 4,925,551 | Utility | CIP of '844 patent with addition of an electronic memory assembly | YES-5/2010 |
| 5,147,533 | Utility | Combination of water filtration devices mounted in the slot underneath a dual tub "kitchen sink" | NO- (expires 9/2012) |
| D364,672 | Design | Ornamental design of countertop water purification unit | YES |
| D377,081 | Design | Ornamental design of a water treatment cabinet | NO- (expires 12/2010) |
| D551,736 | Design | Ornamental design of water purification unit | NO (expires 2020) |

See Exhibit "A" attached hereto. None of the foregoing patents reads on either the technology or apparatus branded by OBWB as its "patented technology" on display in its restaurant or involve "patented water". None read on a "14 stage" water treatment process. Attached hereto as composite Exhibit "B" are the aforementioned patents. The only utility patent of the seven identified patents in force is a patent for the mounting of a generic water purification system in the groove under a dual tub kitchen sink.

6

16. OBWB has also prominently advertised that it is soliciting franchisees to distribute its falsely-claimed patented technology, as well as investors such as famed CNN broadcaster Larry King, who OBWB currently widely advertises will be opening a franchise in Beverly Hills, California in November 2010.

17. OBWB is a close corporation owned and managed by individuals who are sophisticated, knowledgeable, and experienced in business and legal matters pertaining to franchises, restaurants, and intellectual property matters, including whether it is permissible for a company to represent that it has a patent when that is factually inaccurate. Included in OBWB's advisory board are lawyers, scientists with Ph.D.'s, and individuals with decades of experience in fast-food franchises, as well as the inventor of the above-referenced Aquathin patents, Alfred "Alfie" Lipschultz, who has decades of learned experience in the water treatment technology art. Attached hereto as Exhibit "C" is the page from OBWB's web site showing the CVs of its "Executive Team and Advisory Board".

18. No one, and in particular sophisticated businessmen, could reasonably believe that patent rights, for which the government grants a monopoly for a limited period of time, could emanate from expired patents or patents that do not read on the claimed patented technology. Thus, in violation of 35 U.S.C. §292, OBWB has in the past and currently uses in advertising, or causes to be used in advertising, in connection with the advertisement of an unpatented article sold in the United States with the words "patent" or a word imparting that an article is patented for the purposes of deceiving the public. The conduct constitutes a gross abuse of the patent laws and is anti-competitive.

19. Despite actual knowledge of the falsity of its advertising claims, OBWB continues to make its false claims in bad faith, which are deleterious to commerce by deterring

7

invention, entrepreneurship, and application of existing technology to achieve superior water treatment for the benefit of consumers. In addition, OBWB has spitefully and maliciously sought to harm Mamma Mia's by threatening sham litigation against Mamma Mia's wherein OBWB perpetuates its false claims, including allegations that:

> BROOKLYN WATER is a national, quick serve, franchise company, specializing in the creation and sale of an authentic New York/Brooklyn water bagel by replicating New York water through the use of a 14 step patented, water treatment process ("Proprietary Concept")

See paragraph 20 of state court amended complaint attached hereto as part of composite Exhibit "D". Upon information and belief, the so-called proprietary concept of selling bagel made with purified water re-mineralized with minerals commonly found in tap water used in New York originated with third-parties.

20. Mamma Mia's is a well-known restaurant and pizzeria in Lake Worth, Florida Mamma Mia's has suffered, and will likely to continue to suffer, competitive injury due to OBWB's false claims because OBWB seeks through its assertion of false claims and sham litigation to deter or prevent Mamma Mia's from using a water treatment apparatus that it was sold in order to attempt to emulate New York water in cooking, and in particular in making its pizza crust. OBBW uses its false patent claims to further claim that it has exclusive rights to a "proprietary concept", i.e., a "14 step patented water treatment process".

21. Of interest, in paragraph 29, subparagraphs (q) and (r) of the aforementioned amended complaint attached as part of composite Exhibit "D", prepared with the knowledge, approval or acquiescence of OBWB, OBWB discloses that it has utilized a patent lawyer and has conducted patent searches, which demonstrates that the conduct and actions complained of herein were willful, flagrant, and deceitful.

## COUNT I: FALSE PATENT MARKING

22. Mamma Mia's realleges paragraphs 1 to 21 as if fully set forth herein.

23. OBWB violated 35 U.S.C. §292(a) by using in advertising, or causing to be used in advertising, its products with the word "patent", "patented", or words of similar import.

## DAMAGES

24. Each false marking in advertisements in interstate commerce is likely to, or at least has the potential to, discourage or deter persons and companies from commercializing competing products, stifling competition, and deter innovation and entrepreneurship.

25. OBWB's false advertising of its products as protected by patents before the issuance of patents in connection with selling and distributing its products in interstate commerce, including use of the internet and the distribution of franchise materials throughout the United States, has wrongfully quelled competition and innovation with respect to such products, thereby causing harm to Mamma Mia's, the United States, and the public.

26. Upon information and belief, OBWB has sold over 100,000 bagels or other articles or products and over 15,000 bottles of water based on its false use of the word "patent" or words of similar import in advertising in connection with unpatented articles, or other words falsely imparting that it had a patent, "patented technology" or "patented process", for the purpose of deceiving the public and deterring competition, and thus the likely damages for which OBWB are responsible in this action could exceed $1,000,000.00.

## COUNT II: FEDERAL DECLARATORY JUDGMENT ACT

27. Mamma Mia's realleges paragraphs 1 to 21 as if fully set forth herein.

28. There is an actual case and controversy between Plaintiff and Defendant over whether OBWB has valid patents rights or other intellectual property rights that deter or prevent Mamma Mia's from engaging in its business and selling pizza and other food products to the

highest possible standards and to the satisfaction of its customers.

29. OBWB has threatened Mamma Mia's with sham litigation based on its false claims that it has patents on a patented process for "replicating Brooklyn water" constituting an exclusive "proprietary concept". See composite Exhibit "D" attached hereto.

30. Pursuant to 28 U.S.C. §2201 (a), Mamma Mia's seeks a declaration of its rights and obligations, and other legal relations with respect to OBWB's false claims, its alleged proprietary concept, its sham litigation, as well as Mamma Mia's rights to sell its pizzas and other food products in a marketplace free from false patent and advertising claims and claims of exclusivity to "concepts".

31. Mamma Mia's seeks a declaration that it may lawfully use its water treatment apparatus irrespective of OBWB's false and sham claims, and sell pizza and food that use a water treatment process attempting to emulate water used in New York to make pizzas.

32. Mamma Mia also seeks a declaration that OBWB has engaged in patent misuse and other unfair and deceptive trade practices in order to stifle competition and create a monopoly in violation of the federal Antitrust Laws, including the Sherman Act.

## PRAYER FOR RELIEF

WHEREFORE, Mamma Mia's requests this Court to:

A. Enter judgment against OBWB and in favor of Mamma Mia's for the violations alleged in this Complaint;

B. Order OBWB to pay a civil monetary fine of up to $500.00 per false marking "offense", including the sale of each article or product in connection with its false designations in advertisements, or an alternative amount as determined by the Court, one-half of which shall be paid to the United States;

C. Declare this case to be exceptional and/or otherwise award attorneys' fees and costs;

D. Enter a declaratory judgment that Mamma Mia's may use its water treatment apparatus and sell its food products despite OBWB's false claims as more fully alleged herein, and otherwise declare that OBWB's claims and conduct are unlawful;

E. Award Mamma Mia's its costs and other disbursements; and

F. Grant Mamma Mia's such other and further relief as it may deem just and equitable.

TRIAL BY JURY IS DEMANDED.

Respectfully submitted,

Attorneys for Plaintiff

By: _____
John P. Kelly
THE KELLY LAW FIRM
2400 East Commercial Boulevard, Suite 211
Fort Lauderdale, FL 33308
(954) 568-5555
(954) 568-5553 fax
Florida Bar No. 284289
jkelly@businesslitigation.com