IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 10-cv-81106-KLR

MAMMA MIA'S TRATTORIA, INC., )
a Florida corporation, )
 )
    Plaintiff, )
 )
v. )
 )
THE ORIGINAL BROOKLYN )
WATER BAGEL CO., INC., )
a Florida corporation, )
 )
    Defendant. )
_____ )

## FINAL CONSENT JUDGMENT OF DISMISSAL WITH PREJUDICE

Before the Court is Plaintiff's and Defendant's Joint Motion for Entry of Consent Final Judgment of Dismissal with Prejudice. Having considered the matter, the Motion is GRANTED. The Court hereby enters a Consent Final Judgment in this case, disposing with prejudice of all claims that have been or could have been asserted by any party, and also HOLDS and ORDERS as follows:

    1.    Plaintiff, MAMMA MIA'S TRATTORIA, INC., ("MMT"), on behalf of itself and as the *qui tam* relator representing the United States of America and the general public, brings this action against Defendant, BROOKLYN WATER ENTERPRISES, INC., f/k/a THE ORIGINAL BROOKLYN WATER BAGEL CO., INC. ("OBWB"), for alleged violations of 35 U.S.C. §292, for false marking or advertising regarding OBWB's water treatment system, process or technology used to make all its products, including its bagels and bottled water.

    2.    The Court ORDERS and ADJUDGES that the Amended Complaint and any and all claims by MMT, on behalf of itself and the United States of America and the general public,

1

regarding violations of 35 U.S.C. §292 based on Defendant OBWB's marking or advertising of any past or existing product, patent, process or technology are fully resolved by this Stipulation of Dismissal and are hereby dismissed with prejudice.

3. The Court hereby ORDERS and ADJUDGES that any future litigation alleging violations of 35 U.S.C. §292 or any other statute or law related to false marking or false advertising, with regard to any past or existing product, advertising regarding patented process, water treatment system, technology, water, ice cubes, or "Cubsta machine", covered by this Stipulation of Dismissal, that has been marked, manufactured, sold, distributed, advertised or promoted by OBWB prior to entry of this Final Judgment, is barred.

4. The Court hereby ORDERS and ADJUDGES that OBWB and its distributors, direct or indirect customers, end-users and any person acting in concert with any of them, shall have, without further liability, a commercially reasonable period of time in which to sell or dispose of or cure any advertising or labels relating to past, current and future inventory, and to transition away from products or marking, which might be alleged to violate 35 U.S.C. §292. Accordingly, Defendant and its direct and indirect customers, distributors, end-users and all persons in concert with any of them may mark, manufacture, sell distribute, advertise and promote OBWB products and packaging, including but not limited to bagels and bottled water, until June 1, 2011 without further liability.

5. The Court hereby ORDERS and ADJUDGES that MMT has the standing to act on behalf of the United States of America and the general public pursuant to 35 U.S.C. §292.

6. The Court hereby ORDERS and ADJUDGES that MMT has a valid statutory assignment of the rights of the United States of America to pursue and dispose of the claims resolved and dismissed in this Stipulation of Dismissal.

7. The Court hereby ORDERS and ADJUDGES that each party shall bear its own costs and attorneys' fees associated with this action.

8. The parties have agreed that all appeals of this Agreed Order and Final Judgment are waived. *The clerk of court shall close this case and deny any pending motions as moot.*

DONE and ORDERED in Chambers at West Palm Beach in the Southern District of Florida this **25** day of March, 2011.

KENNETH L. RYSKAMP
United States District Judge

Copies furnished:
All parties and counsel of record

3