# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

FILED by  MC  D.C.
ELECTRONIC

MAR 11, 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

For rules and forms visit
www.ca11.uscourts.gov

March 11, 2014

Steven M. Larimore
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 13-12154-X
Case Style: Mamma Mia's Trattoria, Inc., et al v. Florida Bagels, LLC, et al
District Court Docket No: 9:10-cv-81106-KLR

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Stephanie Tisa
Phone #: (305) 579-4432

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 13-12154-CC

THE ORIGINAL BROOKLYN WATER BAGEL
CO., INC., a Florida corporation,

                                                                          Defendant-Appellee,

versus

FLORIDA BAGELS, LLC,
ARSENAL HOLDINGS, LLC,
EGG VENTURES, LLC,

                                                         Intervenors - Appellants.

On Appeal from the United States District Court for the
Southern District of Florida

BEFORE: MARCUS, Circuit Judge and PROCTOR* and EVANS**, District Judges.

BY THE COURT:

Joint motion to dismiss appeal with prejudice is hereby GRANTED.

---

    *Honorable R. David Proctor, United States District Judge for the Northern District of Alabama, sitting by designation.

    **Honorable Orinda Evans, United States District Judge for the Northern District of Georgia, sitting by designation.